IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF:<br>OCHOLI OCHALA IREDIA, also known as "OCHOLI OCHALA,"<br>"OCHOLI IREDIA," and<br>"MINUTEMAN PRESS" | CIVIL ACTION NO.  16-5228<br><br>Bankruptcy No.  15-18450 |

## O R D E R

**AND NOW**, this 27th day of March, 2017, upon consideration of Brief of Appellant (Document No. 4, filed December 14, 2016) and Brief of Appellee (Document No. 6, filed January 13, 2017), for the reasons stated in the Memorandum dated March 27, 2017, **IT IS ORDERED** that the Opinion of the United States Bankruptcy Court for the Eastern District of Pennsylvania dated September 16, 2016, dismissing Debtor's bankruptcy case and barring Debtor from refiling a bankruptcy case for two years, is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.